## Second Department, February, 1967

### (February 2, 1967)

■ In the Matter of Carl I. Cohen, Applicant.— Application (pursuant to Judiciary Law, § 593) by a defendant in a pending criminal action for permission to examine, inspect, and copy all answers, data and information obtained by the County Clerk of Kings County in interviewing, examining and investigating members on the 1960 list of Grand Jurors for Kings County. Upon the written consent of the District Attorney of Kings County, dated January 30, 1967, motion granted with respect to members on such lists for the years 1958 to 1962 inclusive. Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

### (February 6, 1967)

■ Dolores L. Ambrose, Respondent, v. Wurlitzer Company, Appellant, et al., Defendants.— Order of the Supreme Court, Nassau County, dated July 29, 1966 and entered in Suffolk County, modified by providing that the examination proceed at the courthouse of the Supreme Court, Suffolk County. As so modified, order affirmed, without costs. The examination shall proceed at a time within 30 days after entry of the order hereon, as specified in a 10-day written notice, or at any other time and place as may be mutually agreed upon by written stipulation. In our opinion it was an improvident exercise of discretion to direct that appellant, over its objection, be examined at the offices of plaintiff's attorney. Beldock, P. J., Ughetta, Brennan, Rabin and Munder, JJ., concur.